```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                       DISTRICT OF NEBRASKA

                                                        09 NOV 10 PM 3:35
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

OFFICE OF THE CLERK

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR ) <br> ONE SAMSUNG T-MOBILE CELLULAR ) <br> TELEPHONE, BLACK AND BLUE IN ) <br> COLOR, BEARING SERIAL NUMBER ) <br> R4WPB22735W AND IMEI NUMBER ) <br> 357117010831080 ) | 8:09MJ210 |

## MOTION TO UNSEAL SEARCH WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 10th day of November, 2009

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By: _____
JOHN E. HIGGINS #19546
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

ORDER

IT IS SO ORDERED.

DATED: 11/10/09

BY THE COURT:

_____
THOMAS D. THALKEN
Magistrate Judge, United States District Court